IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> THE PARTNERSHIPS and ) </br> UNINCORPORATED ASSOCIATIONS ) </br> IDENTIFIED ON SCHEDULE "A" and DOES ) </br> 1-100, ) </br> ) </br> Defendants. ) | Case No. 13-cv-2167 </br></br> **Judge Virginia M. Kendall** </br></br> **Magistrate Judge Jeffrey Cole** |

**Unsealed Schedule A to the Complaint**

Dated this 5th day of April 2013.     Respectfully submitted,

                                                                                                                                                                                /s/ Justin R. Gaudio
                                             Kevin W. Guynn
                                             Amy C. Ziegler
                                             Justin R. Gaudio
                                             Greer, Burns & Crain, Ltd.
                                             300 South Wacker Drive
                                             Suite 2500
                                             Chicago, Illinois 60606
                                             312.360.0080
                                             312.360.9315 (facsimile)
                                             kguynn@gbclaw.net
                                             aziegler@gbclaw.net
                                             jgaudio@gbclaw.net

                                             *Attorneys for Deckers Outdoor Corporation*

**Deckers Outdoor Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule "A" and Does 1-100; Case No. 13-cv-2167**

# Schedule A

| | Defendant Domain Names | | |
|---|---|---|---|
| No. | Domain Name | Defendant / Registrant Name | Registrant Email |
| 1 | ouwears.us | cnmsn | 1234567890@aol.com |
| 2 | alvieromartinitw.com | Ke wang | 1416658427@qq.com |
| 3 | gouwutw.com | Ke wang | 1416658427@qq.com |
| 4 | cheap-bootsonsale.com | chenyu | 1520656065@qq.com |
| 5 | discountbootssclearance.com | Wang Chen | 158757878@qq.com |
| 6 | uggbootsclearance5th.com | Li Xiaoshuai | 159757878@qq.com |
| 7 | uggscanadasale2013.com | yang yan | 1795527916@qq.com |
| 8 | frbottesboutiques.com | jiufang | 2447666147@qq.com |
| 9 | bootsfun.com | zheng cheng | 2684455499@qq.com |
| 10 | 5bootsx.com | xi mike | 282822400@qq.com |
| 11 | mizuno-tw.com | DOMAIN WHOIS PROTECTION SERVICE | 290615769312@whoisprivacyprotectionservices.com |
| 12 | nike-jordan9.com | DOMAIN WHOIS PROTECTION SERVICE | 290615769312@whoisprivacyprotectionservices.com |
| 13 | nikeshoes-taiwan.com | DOMAIN WHOIS PROTECTION SERVICE | 290615769312@whoisprivacyprotectionservices.com |
| 14 | bootxdx.com | DOMAIN WHOIS PROTECTION SERVICE | 290615769312@whoisprivacyprotectionservices.com |
| 15 | adidas998.com | DOMAIN WHOIS PROTECTION SERVICE | 290615769312@whoisprivacyprotectionservices.com |
| 16 | momogouwu.net | DOMAIN WHOIS PROTECTION SERVICE | 290615769312@whoisprivacyprotectionservices.com |
| 17 | umbro-tw.com | DOMAIN WHOIS PROTECTION SERVICE | 290615769312@whoisprivacyprotectionservices.com |
| 18 | newbalance555.com | DOMAIN WHOIS PROTECTION SERVICE | 290615769312@whoisprivacyprotectionservices.com |
| 19 | conversetmh.com | Wang Hongjiang | 314167794@qq.com |
| 20 | giordanoo.com | Wang Hongjiang | 314167794@qq.com |
| 21 | babaolitw.com | Ke wang | 314167794@qq.com |
| 22 | umallgouwu.com | sin tong | 314167794@qq.com |
| 23 | adidasape.com | tian ci hua ding | 402273948@qq.com |
| 24 | ugg-live.com | jia song | 46524979@qq.com |
| 25 | discount-uggboots-us.net | chen feiyan | 524598305@qq.com |
| 26 | officialsheepskinuggboots.com | ou jian | 695748245@qq.com |
| 27 | uggbootshopeser.com | lin zhilei | 80563256@qq.com |
| 28 | uggbootstoreser.com | lin zhilei | 80563256@qq.com |
| 29 | uggbootsmallser.com | lin zhilei | 80563256@qq.com |

| # | Domain | Registrant | Email |
|---|---|---|---|
| 30 | uggaustralia-london-shop.com | uggOfficial | 86812293@qq.com |
| 31 | cheapniceuggboots.com | lucy | 88166606@qq.com |
| 32 | uggoutlettowns.com | kate muse | 88166606@qq.com |
| 33 | uggbootscne.com | tom cruce | 88166606@qq.com |
| 34 | uggmanything.com | kate muse | 88166606@qq.com |
| 35 | uggsoutletchoice.com | ETABLISSEMENTS TREVES SA | 88166606@qq.com |
| 36 | camper88.net | yanuo lv | 888888@qq.com |
| 37 | salesuggoutlet.com | WhoisGuard | 9cb069fd11294ceba30ce029ee3b525c.protect@whoisguard.com |
| 38 | arcteryx-tw.com | sintong | A1416658427@live.cn |
| 39 | coolyifu.com | sintong | A1416658427@live.cn |
| 40 | eyushoes.com | sintong | A1416658427@live.cn |
| 41 | nike555.net | Lin Canqun | A1416658427@live.cn |
| 42 | lvguanfang.net | sin tong | A1416658427@live.cn |
| 43 | nike-froce.com | Lin Canqun | A1416658427@live.cn |
| 44 | ggbootshop.com | Cora | adyvip2014@163.com |
| 45 | ggaustralian.com | wuhao | adyvip2016@163.com |
| 46 | asuggboots.org | LudwigRhys | asuggboots@hotmail.com |
| 47 | buylouisvuittonsale.com | Clara Donna | babbieeason@yahoo.com |
| 48 | mybaileybuttons.com | hua li | baileybuttonboots@yeah.net |
| 49 | cheapugg4.com | wanghai | bcbgmaxdress@gmail.com |
| 50 | ruggaustraliadiscountcode.com | lv diamei | brendanforbe410@hotmail.com |
| 51 | bottesacheter.com | Zhang Cun Hao | bukenengbn@163.com |
| 52 | shopyourboots.com | Chen Hongbo | cchongbo@163.com |
| 53 | deuggsalebootsoutlets.com | chen baoshan | chenbaoshankm@gmail.com |
| 54 | uggugg123.com | xiaofan | chencaiwu2007@163.com |
| 55 | cheapretails.com | PrivacyProtect.org | contact@privacyprotect.org |
| 56 | uggouteletstoreaa.com | jshdfhfjhe | dghsdhgfjhgh@qq.com |
| 57 | buyuggouteleta.com | jshdfhfjhe | dghsdhgfjhgh@qq.com |
| 58 | uggouteletpp.com | jshdfhfjhe | dghsdhgfjhgh@qq.com |
| 59 | chinawholesale360.com | wholesale international trading co.,ltd | domain@diyworld.com |
| 60 | yxroyal.com | DOMAIN WHOIS PROTECTION SERVICE | domain@whoisprotectionservice.org |
| 61 | wosweetie.com | wuqingchun | fang117@hotmail.com |
| 62 | cheapbootssupplierssale.com | sd | fdf@gjl.com |
| 63 | discountfashiondesign.com | HuangXiuYing | fdsgfdgd@qq.com |
| 64 | stiefeloutletberlin.com | lin xiaohua | fenbvc@163.com |
| 65 | canada-bootssale.org | tingting wang | fireinter@163.com |
| 66 | damenstiefeloutlet.com | zhou tianyan | fkeritr@163.com |
| 67 | baileybootsoutlet.com | zhou tianyan | fkeritr@163.com |
| 68 | footwearandchic.com | Domains By Proxy, LLC | FOOTWEARANDCHIC.COM@domainsbyproxy.com |

| | | | |
|---|---|---|---|
| 69 | bootsonline-forwomen.com | jiujiutang | fsfdf@gmail.com |
| 70 | ugg-boots2010.com | Pan Bing Huang | gd_wyz@hotmail.com |
| 71 | ugg-taipei.com | Pan Bing Huang | gd_wyz@hotmail.com |
| 72 | newbalance2010.com | Pan Bing Huang | gd_wyz@hotmail.com |
| 73 | goedkopebootsonline-nl.info | Toofte Eager | GeorgeCShook@teleworm.us |
| 74 | nike336.com | xu leiming | gucten.com@hotmail.com |
| 75 | ggboots4us.com | Kenyon | hookhot2016@126.com |
| 76 | bestbootsb2c.com | jiang gao | jianggao5h@163.com |
| 77 | bootclearancemall.net | DuYue | kettering@yahoo.com |
| 78 | ventebelgiquebottes.com | Zhang Qiujie | kgtrij@163.com |
| 79 | canadabootsforsale.com | Zhang Qiujie | kgtrij@163.com |
| 80 | worldfashionmalls.com | WORLDFASHIONMALLS.COM WORLDFASHIONMALLS.COM | kissjersey@WORLDFASHIONMALLS.COM |
| 81 | uggau-boot.net | uggau-boot.net | laoz.bj@gmail.com |
| 82 | cheapuggbootsuko.com | kun luo | leonamullerx@gmail.com |
| 83 | snowboot-world.com | taihe company | lin198606@126.com |
| 84 | goodsfirm.com | caibai lin | lincb1988@hotmail.com |
| 85 | uggsforcheaphut.com | jane Penney | linchasel@yahoo.com |
| 86 | classicbootsoutlet.net | Weeks Nevin | linlang2@126.com |
| 87 | kakusale.com | Forest Mayumi | lotteugg@gmail.com |
| 88 | ourbootonsale.com | Wallace trading Co.,Ltd | luhuang@126.com |
| 89 | paulfrank-tw.com | pan bing huang | makemoney.888@hotmail.com |
| 90 | base-control.com | pan bing huang | makemoney.888@hotmail.com |
| 91 | nike-nsw.com | pan bing huang | makemoney.888@hotmail.com |
| 92 | porter-tw.com | pan bing huang | makemoney.888@hotmail.com |
| 93 | levis504.com | Pan Bing Huang | makemoney.888@hotmail.com |
| 94 | angrytw.com | Pan Bing Huang | makemoney.888@hotmail.com |
| 95 | nike-sportbag.com | Pan Bing Huang | makemoney.888@hotmail.com |
| 96 | australianuggbootsforsale.com | Munkhbat TURTUVSHIN | michaelodem829@yahoo.com |
| 97 | bootsioutlet.com | miche talor | micheltalor@gmail.com |
| 98 | nikebye.com | Xiabing | nikebye@yahoo.com |
| 99 | jp-ecshop.com | wang yixi | oneseven168@163.com |
| 100 | nippon-kutu.com | Wang ShaoFeng | oneseven168@163.com |
| 101 | sposhoes.com | WangShaoFeng | oneseven168@163.com |
| 102 | cheapretro-jordans.com | lin minxiang | pthm001@163.com |
| 103 | china-boots-wholesale.com | PVS Admin | pvsmnad@gmail.com |
| 104 | uggbootssale.biz | wu ming | qiqinjun@foxmail.com |
| 105 | ulovebrands.com | weixiaofeng | qt@qtcn.net |

| | | | |
|---|---|---|---|
| 106 | designerdenoutlet.com | Designer Den | rabzzy@hotmail.co.uk |
| 107 | uggau-boot.com | uggau-boot.com | rashost@tjvps.com |
| 108 | rightseller.com | Xu buyu | roc168com@163.com |
| 109 | cheapbootsaustralian.com | huilya lucyarfg | sdfjk1233@yahoo.com |
| 110 | uggskopennederland-nl.com | xia men sfg sdgsdf mao yi you xian gong si | sdgvsdf@163.com |
| 111 | cheapuggsboots-onsale.org | geng genmao | seandkarida@163.com |
| 112 | leopardprintuggs.net | pu zhabi | selinolandaet@hotmail.com |
| 113 | timberlandugg.com | new boom technology | shlv168@yahoo.com.tw |
| 114 | nike0nike.com | new boom technology | shlv168@yahoo.com.tw |
| 115 | nikejd.com | New boom technology | shlv168@yahoo.com.tw |
| 116 | 911jerseys.com | huangruipeng | shoesandjersey@hotmail.com |
| 117 | adidas888.com | nike555 | sin.tong@hotmail.com |
| 118 | nike12345.com | nike555 | sin.tong@hotmail.com |
| 119 | nike222.com | nike555 | sin.tong@hotmail.com |
| 120 | nike88tw.com | nike555 | sin.tong@hotmail.com |
| 121 | nike8a.com | nike555 | sin.tong@hotmail.com |
| 122 | nike-tw.com | nike555 | sin.tong@hotmail.com |
| 123 | nike611.com | nike555 | sin.tong@hotmail.com |
| 124 | nike886.com | nike555 | sin.tong@hotmail.com |
| 125 | nike88-tw.com | nike555 | sin.tong@hotmail.com |
| 126 | nike-mlb.com | pan sheng | sin.tong@hotmail.com |
| 127 | nike556.com | mick | sin.tong@hotmail.com |
| 128 | kedstw.com | qing qing | spon6542@163.com |
| 129 | 123shoesshop.com | qing qing | spon6542@163.com |
| 130 | edardy-taiwan.com | qing qing | spon6542@163.com |
| 131 | storefine.com | Whois Privacy Protection Service, Inc. | storefine.com@protecteddomainservices.com |
| 132 | usashopuggs.com | chen lin | suyiddi@hotmail.com |
| 133 | cheapuggbootsnow.com | jin chuan | tradelaoma@hotmail.com |
| 134 | blackfriday2012saledeals.com | kb hhd | tradepaul2012@hotmail.com |
| 135 | ggrdiscountcode.com | gao nienian | trentonschne410@hotmail.com |
| 136 | discount-ugg-boots-uk.us | info com | Xiao12031bc@11gd.com |
| 137 | bootsonsale2013.com | Chu Red | xiaohongchu4@gmail.com |
| 138 | uggpreis.com | zhang xian | xinagwes@163.com |
| 139 | dc-taipei.com | xin tong | yanuolv@yahoo.com |
| 140 | uggscheaperoutlet.us | bosen | ye-steven@hotmail.com |
| 141 | shortuggaustralia.com | zhang bing soft | zhangbing@sina.cn |
| 142 | portertw.com | sintong | zhongjiheibao@gmail.com |
| 143 | lanew-shoes.com | sintong | zhongjiheibao@hotmail.com |

| | **Online Marketplace Accounts** | |
|---|---|---|
| 144 | bestting2012 | jiayu425@163.com |

| 145 | bestting1985 | songguo2016@163.com |
|---|---|---|
| 146 | world51888 | aixinweidaya1@hotmail.com |
| 147 | yueyue33380 | ukjianmei8846@hotmail.com |
| 148 | hongyun5198 | laicai198198@163.com |
| 149 | jiufa888 | jiushifacai888@163.com |
| 150 | maker2012 | tt885889@163.com |
| 151 | tianfei7788 | ggh1133@126.com |
| 152 | mengxiang8787 | zixingche9988@163.com |
| 153 | buy17533 | kuailemeitian888@hotmail.com |
| 154 | honest358 | hck365cmu@hotmail.com |
| 155 | hongyun5198 | laiyun18@126.com |
| 156 | retertyut | hotbox02@126.com |
| 157 | jialin123456 | niceday188@126.com |
| 158 | yueyue33380 | ukyuanjian4461@hotmail.com |
| 159 | srsekoh | wt08@qq.com |
| 160 | dazhanhongtu2013 | facai181888@hotmail.com |
| 161 | bestting1985 | songguo2007@163.com |
| 162 | hongshuangxi2050 | 2239455342@qq.com |
| 163 | somethree | aweib3@163.com |
| 164 | bestting2012 | feiguo5201@163.com |

| | PayPal Accounts |
|---|---|
| 1 | weiyongli08@hotmail.com |
| 2 | fjpthrp@163.com |
| 3 | csubce@hotmail.com |
| 4 | wengpay@163.com |
| 5 | janegrace815@hotmail.com |
| 6 | jiayu425@163.com |
| 7 | songguo2016@163.com |
| 8 | aixinweidaya1@hotmail.com |
| 9 | ukjianmei8846@hotmail.com |
| 10 | laicai198198@163.com |
| 11 | jiushifacai888@163.com |
| 12 | tt885889@163.com |
| 13 | ggh1133@126.com |
| 14 | zixingche9988@163.com |
| 15 | kuailemeitian888@hotmail.co |
| 16 | hck365cmu@hotmail.com |
| 17 | laiyun18@126.com |
| 18 | hotbox02@126.com |
| 19 | niceday188@126.com |
| 20 | ukyuanjian4461@hotmail.com |
| 21 | wt08@qq.com |
| 22 | facai181888@hotmail.com |
| 23 | songguo2007@163.com |
| 24 | 2239455342@qq.com |

| | |
|---|---|
| 25 | aweib3@163.com |
| 26 | feiguo5201@163.com |